Jennifer M. Jones, Esq. (901532012)
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07960
(973) 993-8100
(973) 425-0161
*Attorneys for Defendants, Christopher Martin
and Cintas Corporation No. 2
(improperly pled as "Cintas Services Transportation, LLC")*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC,<br><br>      Defendant(s). | Civil Action No.:<br><br>**NOTICE OF REMOVAL** |

To:      Clerk
         United States District Court
         District of New Jersey
         Mitchell H. Cohen Building & U.S. Courthouse
         4th & Cooper Streets
         Camden, New Jersey 08101

On Notice to:   Clerk
                Superior Court of New Jersey
                Law Division – Cumberland County
                60 West Broad Street
                Bridgeton, New Jersey 08302

                Jeffrey S. Hark, Esq.
                Hark & Hark
                1101 Route 70 West
                Cherry Hill, NJ 08002
                Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1332 and 1441 *et seq.*,

Defendants, Christopher Martin and Cintas Corporation No. 2 (improperly pled as "Cintas

1

Services Transportation, LLC") (hereinafter "Defendants"), by their undersigned attorneys, hereby remove this action entitled *Linda Williams v. Christopher Martin and Cintas Services Transportation, LLC*, Docket Number: CUM-L-0274-21, from the Superior Court of New Jersey, Law Division, Cumberland County, to this Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. §1446(d), a copy of this Removal Petition is being filed with the Clerk of the Superior Court of New Jersey, Law Division, Cumberland County and will be served on Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that by effecting removal of this civil action, Defendants reserve all rights to raise any and all defenses available under the Federal Rules of Civil Procedure including, but not limited to, Fed. R. Civ. P. 12.

**PLEASE TAKE FURTHER NOTICE** that in support of this Notice of Removal, Defendants rely upon the following:

1. On April 21, 2021, a Complaint was filed in the Superior Court of New Jersey, Law Division, Cumberland County. The Summons and Complaint were served on Defendants on April 27, 2021. Attached as Exhibit A to this Notice of Removal is a copy of the Summons and Complaint that were served, together with a Civil Case Information Sheet, a Track Assignment Notice and Proof of Service. The documents attached as Exhibit A constitute all of the process and pleadings served upon Defendants in this action. There are no pending hearings or motions.

2. The Complaint names Christopher Martin and Cintas Services Transportation, LLC, as defendants. See Exhibit A.

3. Upon information and belief, Plaintiff is, and at all relevant times has been, a resident and domiciliary of New Jersey. Id.

4. Defendant Cintas Corporation No. 2's (improperly pled as "Cintas Services

Transportation, LLC") principal place of business is located in Cincinnati, Ohio, and it is incorporated in Nevada.

5. Defendant Christopher Martin is, and at all relevant times has been, a resident and domiciliary of Pennsylvania.

6. Thus, the citizenship of all parties is diverse as defined under 28 U.S.C. § 1332(a) in that Plaintiff is a citizen of the State of New Jersey, Defendant Christopher Martin is a citizen of the State of Pennsylvania, and Defendant Cintas Corporation No. 2 is a citizen of the State of Ohio and the State of Nevada.

7. This civil action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a), in that it is a suit constituting a dispute between citizens of different states, and the matter in controversy exceeds the sum of the value of $75,000, exclusive of interest and costs.

8. This Notice of Removal is being filed within thirty days after service on Defendants of the initial pleading and summons. See 28 U.S.C. 1446(b)(1).

9. The Complaint alleges that on January 2, 2020, Plaintiff Linda Williams was operating a motor vehicle that was involved in a collision with a motor vehicle driven by Defendant Christopher Martin and owned by Defendant Cintas Corporation No. 2 (improperly pled as "Cintas Services Transportation, LLC") on Delsea Drive, in Vineland, New Jersey. Exhibit A.

10. The Complaint also alleges that Plaintiff sustained "serious and permanent personal injuries[,]" and that she has "been forced to incur ruinous diverse expenses for medical, hospital and nursing attention[.]" Id. at ¶¶ 5-6.

11. Although the Complaint does not specify the actual amount of damages Plaintiff seeks, upon information and belief, it is in excess of $75,000, exclusive of interest and costs.

12. Removal jurisdiction, therefore, exists under 28 U.S.C. § 1441.

13. Venue lies in the United States District Court for the District of New Jersey because the state-court action was filed in this district. 28 U.S.C. § 1441(a).

14. By effecting removal of this action, Defendants do not admit any of the allegations made in the Complaint.

WHEREFORE, Defendants respectfully submit that this case proceed in the United States District Court for the District of New Jersey as an action timely and properly removed.

                                       **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                                       *Attorneys for Defendants, Christopher Martin and Cintas Corporation No. 2 (improperly pled as "Cintas Services Transportation, LLC")*

                                       By: *s/ Jennifer M. Jones*
Dated:  May 26, 2021                                              Jennifer M. Jones

4449573-1


## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Notice of Removal is being filed on this date with the Clerk of the Superior Court of New Jersey, Law Division, Cumberland County, and served on counsel for Plaintiff via e-court filing:

> Jeffrey S. Hark, Esq.
> Hark & Hark
> 1101 Route 70 West
> Cherry Hill, NJ 08002
> Attorneys for Plaintiff

      *s/ Jennifer M. Jones*
        Jennifer M. Jones

Dated:  May 26, 2021

# EXHIBIT A

20-6229
HARK & HARK
1101 Route 70 West
Cherry Hill, NJ 08002
Phone (856) 354-0050
Fax (856) 354-0440
Jeffrey S. Hark, Esquire
Attorney ID #018281993
Attorney for Plaintiff(s)

LINDA WILLIAMS

vs.

Defendant(s)

CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
CUMBERLAND COUNTY

Docket No:

*Civil Action*

COMPLAINT AND DEMAND FOR TRIAL BY JURY

 

Plaintiff, LINDA WILLIAMS, residing at, 1012 East Broad Street in the City of Millville, County of Cumberland and State of New Jersey, by way of Complaint against the Defendant(s) CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC., say(s):

### FIRST COUNT

1. At all times material hereto, the Defendant, CHRISTOPHER MARTIN, was an individual citizen residing at 495 Wesley Road, Springfield, Pennsylvania 19064.

2. At all times material hereto, the Defendant, CINTAS SERVICES TRANSPORTATION, LLC., was a business entity with their principal place of business located at 95 Milton Drive, Aston, Pennsylvania 19014.

3. On or about January 2, 2020, the Plaintiff, LINDA WILLIAMS, was the owner and operator of a motor vehicle which was proceeding on in a northerly direction on Delsea Drive in Vineland, Cumberland County, New Jersey.

4.  At the time and place aforesaid, the Defendant, CHRISTOPHER MARTIN, was the operator of a motor vehicle owned by the Defendant, CINTAS SERVICES TRANSPORTATIN, LLC., which was proceeding in a northerly direction on Delsea Drive in Vineland, Cumberland County, New Jersey.

5.  At the time and place aforesaid, the Defendants, CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC., operated said motor vehicle in a careless and/or negligent manner and/or allowed said motor vehicle to be operated in a careless and/or negligent manner so as to cause same to collide violently with the vehicle of plaintiff, LINDA WILLIAMS, with resultant serious and permanent personal injuries to the Plaintiff, LINDA WILLIAMS.

6.  As a direct and proximate result of the carelessness and/or negligence of the Defendants, CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC., as aforesaid, the Plaintiff, LINDA WILLIAMS, was injured both grievously and irreversibly, she has in the past and will in the future be plagued by great pain, shock and mental anguish.  She has been forced to incur ruinous diverse expenses for medical, hospital and nursing attention in an effort alleviate the injuries from which she is suffering; she has in the past and will in the future be prevented from attending to her lawful affairs and occupation.

**WHEREFORE**, Plaintiff, LINDA WILLIAMS, demands judgment against the Defendants, CHRISTOPHER MARTIN AND CINTAS SERVICES TRANSPORTATION, LLC., on this Count for damages together with interest and costs of suit.

**HARK & HARK**
*A Partnership of Professional Corporations*

*Jeffrey S. Hark*

_____

**BY:  JEFFREY S. HARK, ESQUIRE**

Date:  **Wednesday, April 21, 2021**

## DEMAND FOR JURY TRIAL

Plaintiff, LINDA WILLIAMS, demands a trial by jury as to all issues in accordance with New Jersey Rules of Civil Practice.

## CERTIFICATION UNDER RULE 4:5-1

It is hereby certified that this matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration contemplated. Counsel is further unaware of any other parties who should be joined in this action.

## NOTICE OF DESIGNATION OF TRIAL COUNSEL

Please be notified that pursuant to Rule 4:25-4, JEFFREY S. HARK, ESQUIRE, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of HARK & HARK.

**HARK & HARK**
*A Partnership of Professional Corporations*

*Jeffrey S. Hark*
_____
**BY: Jeffrey S. Hark, Esquire**

Dated: Wednesday, April 21, 2021

# Civil Case Information Statement

**Case Details: CUMBERLAND | Civil Part Docket# L-000274-21**

**Case Caption:** WILLIAMS LINDA  VS MARTIN CHRISTOPH
**Case Initiation Date:** 04/21/2021
**Attorney Name:** JEFFREY HARK
**Firm Name:** HARK & HARK
**Address:** 1101 ROUTE 70 WEST SUITE 100
CHERRY HILL NJ 080020000
**Phone:** 8563540050
**Name of Party:** PLAINTIFF : Williams, Linda
**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Linda Williams?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
  **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/21/2021                                                                                                              /s/ JEFFREY HARK
Dated                                                                                                                        Signed

```
CUMBERLAND COUNTY SUPERIOR COURT
CIVIL CASE MANAGEMENT
60 W BROAD ST
BRIDGETON            NJ 08302
                                       TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (856) 878-5050
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   APRIL 21, 2021
                         RE:     WILLIAMS LINDA   VS MARTIN CHRISTOPH
                         DOCKET: CUM L -000274 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JAMES R. SWIFT

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     102
AT:  (856) 453-4343.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                       ATTENTION:
                                 ATT: JEFFREY HARK
                                 HARK & HARK
                                 1101 ROUTE 70 WEST
                                 SUITE 100
                                 CHERRY HILL       NJ 08002


ECOURTS
```

LINDA WILLIAMS

**Plaintiff**

vs

CHRISTOPHER MARTIN, ET AL

**Defendant**

20210423103017

Superior Court Of New Jersey

CUMBERLAND Venue

Docket Number: CUM L 274 21

**Person to be served** (Name and Address):
CINTAS SERVICES TRANSPORTATION, LLC
95 MILTON DRIVE
ASTON PA 19014
**By serving:** CINTAS SERVICES TRANSPORTATION, LLC

**Attorney:** JEFFREY S. HARK, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Service Data:**   [X] Served Successfully     [ ] Not Served

Date/Time:    4/27/2021 3:17 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

MARY BAKER

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:    Date/Time: _____
                       Date/Time: _____
                       Date/Time: _____

Other:

Commonwealth of Pennsylvania - Notary Seal
ANAIDA GONZALEZ - Notary Public
Philadelphia County
My Commission Expires May 25, 2022
Commission Number 1060261

**To Be Used Where Electronic Signature Not Available**
Served Data:
Subscribed and Sworn to me this
_29th_ day of _April_, 20 _21_
Notary Signature: _Anaida Gonzalez_
_Anaida Gonzalez_         _May 25, 2022_
Name of Notary            Commission Expiration

**Docusign Court Approved E-Signature**
I, _Derek Hand_,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
_Derek Hand_              4/29/2021
Signature of Process Server    Date

Name of Private Server: _Derek Hand_    Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952

LINDA WILLIAMS

Plaintiff

vs

CHRISTOPHER MARTIN, ET AL

Defendant

20210423103430

Superior Court Of New Jersey

CUMBERLAND Venue

Docket Number: CUM L 274 21

**Person to be served** (Name and Address):
CHRISTOPHER MARTIN
495 WESLEY DRIVE
SPRINGFIELD PA 19064
**By serving:** CHRISTOPHER MARTIN

**Attorney:** JEFFREY S. HARK, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:** [X] Served Successfully   [ ] Not Served

Date/Time: 4/27/2021 2:14 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

NICK MARTIN

PERSON AUTHORIZED TO ACCEPT SERVICE

**Description of Person Accepting Service:**

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

Commonwealth of Pennsylvania - Notary Seal
ANAIDA GONZALEZ - Notary Public
Philadelphia County
My Commission Expires May 25, 2022
Commission Number 1060261

To Be Used Where Electronic Signature Not Available
Served Data:
Subscribed and Sworn to me this
29th day of April, 20 21
Notary Signature: Anaida Gonzalez
Anaida Gonzalez   May 25, 2022
Name of Notary   Commission Expiration

Docusign Court Approved E-Signature
I, Derek Hand
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   4-29-2021
                              Date

Name of Private Server: Derek Hand   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (800) 672-1952